STATE OF CONNECTICUT *v.* SATBIR S. PAUL

The defendant's petition for certification for appeal from the Appellate Court, 47 Conn. App. 931 (AC 16480), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

KATZ, J., did not participate in the consideration or decision of this petition.

*Eugene J. Riccio*, in support of the petition.

*Carolyn K. Longstreth*, assistant state's attorney, in opposition.